**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Scott Richard FEIDEN, Defendant–Appellant.**

No. 04–30071.

D.C. No. CR–03–00041–SEH.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

**UNITED STATES OF AMERICA, Plaintiff—Appellee,**

v.

**Robert Byron LEE, Defendant—Appellant.**

No. 04–30185.

D.C. No. CR–03–05139–RBL.

United States Court of Appeals, Ninth Circuit.

---

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Susan M. Harrison, Esq., Lisca N. Borichewski, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Ronald D. Ness, Esq., Port Orchard, WA, for Defendant–Appellant.

Appeal from the United States District Court for the Western District of Washington, Ronald B. Leighton, District Judge, Presiding.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

Robert Byron Lee appeals his conviction and 96–month sentence imposed following a jury trial conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lee has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Lee has not filed a pro se supplemental brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We affirm the conviction.

The sentence is remanded for the district court to determine whether it would have sentenced Lee differently under the now-advisory federal sentencing guide-

lines. If so, the district court shall vacate Lee's sentence and re-sentence him under the advisory Guidelines. If not, Lee's sentence shall remain undisturbed. *See United States v. Hermoso–Garcia*, 413 F.3d 1085, 1087 (9th Cir.2005).

Counsel's motion to withdraw is denied.

Conviction AFFIRMED and Sentence REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

